**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.    Plaintiff/Deceased Party:

Michael Cramer

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

Amanda Cramer

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Ohio

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Ohio

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Ohio

7.    District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Nothern District of Ohio- Eastern Division

8.    Defendants (check Defendants against whom Complaint is made):

☑    C.R. Bard Inc.

☑    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☑    Diversity of Citizenship

☐    Other: _____

    a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

-2-

☐    G2® Vena Cava Filter

☐    G2® Express (G2®X) Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☑    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☐    Other: _____

11.    Date of Implantation as to each product:

     November 23, 2011 _____

_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:     Strict Products Liability – Manufacturing Defect

☑    Count II:     Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:     Strict Products Liability – Design Defect

☑    Count IV:     Negligence - Design

☑    Count V:     Negligence - Manufacture

☑    Count VI:     Negligence – Failure to Recall/Retrofit

☑    Count VII:     Negligence – Failure to Warn

☑    Count VIII:     Negligent Misrepresentation

☑    Count IX:     Negligence *Per Se*

☑    Count X:     Breach of Express Warranty

☑    Count XI:     Breach of Implied Warranty

-3-

[✓] Count XII:   Fraudulent Misrepresentation

[✓] Count XIII:   Fraudulent Concealment

[✓] Count XIV:   Violations of Applicable <u>Ohio</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

[✓] Count XV:   Loss of Consortium

[ ] Count XVI:   Wrongful Death

[ ] Count XVII:  Survival

[✓] Punitive Damages

[ ] Other(s):   _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

[✓] Yes

[ ] No

RESPECTFULLY SUBMITTED this 30 day of May , 2019.

**SCHNEIDER HAMMERS, LLC**

By:/s/ Robert M. Hammers, Jr.
Robert M. Hammers, Jr.

5555 Glenridge Connector, Suite 975
Atlanta, Georgia 30342
(770)394-0047

I hereby certify that on this 30 day of May , 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Robert M. Hammers, Jr.

5220248v1/26997-0001

-5-